IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARINA D. GOODEN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Civ Action No. 1:13-CV-00298-RWS-ECS |
| INTERNAL REVENUE SERVICE, | : |
| et al., | : |
| | : |
| Defendants. | : |

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME AND SUPPORTING MEMORANDUM

COMES NOW, Defendants, through the undersigned counsel, and respectfully move this Court for an order granting Defendants an enlargement of time until June 7, 2013, to answer or otherwise respond to the complaint filed in this case. Doc. 1. The requested extension will not substantially delay the trial of this case.

In this case, Plaintiff claims that Defendants discriminated against her and committed several tortious acts against her. *See generally* Complaint. Defendants' answer or response is currently due on May 14, 2013.

Defendants have started working on a response but will not have sufficient time to meet the current deadline of May 14, 2013. The Defendants therefore request that the time for responding be enlarged until June 7, 2013.

Counsel was unable to confer with Plaintiff prior to the filing of the motion. A proposed order consistent with the requested relief is attached for the Court's convenience.

Respectfully submitted this 14th day of May, 2013.

SALLY Q. YATES
UNITED STATES ATTORNEY

S/Melaine A. Williams
_____
MELAINE A. WILLIAMS
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 057307
600 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta, Georgia 30303
(404) 581-6063 (telephone)
(404) 581-6150 (facsimile)

OF COUNSEL

ANDREW M. GREENE
Senior Attorney
Dept. Of the Treasury
INTERNAL REVENUE SERVICE
Office of the Chief Counsel
401 W. Peachtree Street, N.W.,
Suite 640, STOP 180-R
Atlanta, GA 30308

## **CERTIFICATE OF COMPLIANCE**

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

                                        S/Melaine A. Williams
                                        _____
                                         MELAINE A. WILLIAMS
                                         Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on May 14, 2013, I electronically filed the within and foregoing Motion for Extension with the Clerk of Court using the CM/ECF system. I hereby certify that on this day I have also served the foregoing document by depositing a copy thereof in first class U.S. mail, postage paid, and properly addressed as follows to:

>Marina Gooden
>1403 Arbor Drive
>Duluth, GA 30096

This 14th day of May, 2013

>S/Melaine A. Williams
>_____
>MELAINE A. WILLIAMS
>Assistant U.S. Attorney