IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARINA D. GOODEN, | : |
| Plaintiff, | : |
| v. | : |
| INTERNAL REVENUE SERVICE, et al., | : Civ Action No. 1:13-CV-00298-RWS-ECS |
| Defendants. | : |

## ORDER

Having read and considered Defendants' Motion for An Enlargement of Time, and for good cause shown, it is hereby ORDERED that Defendants shall be given through and including June 7, 2013, to file the answer or otherwise respond to the complaint.

SO ORDERED this 23rd day of May, 2013.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

Presented by:

s/Melaine A. Williams

_____
Melaine A. Williams
Assistant U.S. Attorney
Georgia Bar No. 057307
600 U.S. Courthouse
75 Spring Street, S.W.
(404) 581-6063 (tel.)
(404) 581-4667 (fax)